JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA   PADILLA , <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>MARTIN O'MALLEY, Commissioner of Social Security[1], <br><br>　　　　Defendant. | Case No. 1:24-cv-00030-JLT-BAM <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from April 8, 2024 to June 7, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the week of April 8, 2024 and Aril 15, 2024, Counsel has of thirteen Merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 5, 2024        PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: April 5, 2024        PHILLIP A. TALBERT
                            United States Attorney
                            MATHEW W. PILE
                            Associate General Counsel
                            Office of Program Litigation
                            Social Security Administration


By:  **/s/ Christopher Vieira*
    Christopher  Vieira
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on April 5, 2024)

## **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff's request for an extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file a Motion for Summary Judgment on or before June 7, 2024. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **April 8, 2024**                         /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE