PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GABRIEL BONO, MI P71570
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 214.767.8393
    Fax: 415.744.0135
    Email: Gabriel.Bono@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA PADILLA,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:24-cv-00030-JLT-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (60) days from May 22, 2024, up to and including July 21, 2024.  This is the Defendant's first request for an extension.

    Counsel for Defendant was only recently assigned this matter.  Defendant requests this extension in order to further consider the 632-page administrative record in light of the issues raised in Plaintiff's motion.  Moreover, the undersigned has another five (5) cases to respond to before June 16.

Stip. for Ext.; Case No.: 1:24-cv-00030-JLT-BAM

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 16, 2024 | /s/ Jonathan Pena* |
|  | (*as authorized via e-mail on May 12, 2024) |
|  | JONATHAN PENA |
|  | Attorney for Plaintiff |
| Dated: May 16, 2024 | PHILLIP A. TALBERT |
|  | United States Attorney |
|  | MATHEW W. PILE |
|  | Associate General Counsel |
|  | Social Security Administration |
| By: | /s/ Gabriel Bono |
|  | GABRIEL BONO |
|  | Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including **July 21, 2024**, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **May 16, 2024**                    /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; Case No.: 1:24-cv-00030-JLT-BAM

2