# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA PADILLA,<br><br>             Plaintiff,<br><br>       v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No.: 1:24-cv-0030 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TERMINATING PLANTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Docs. 14, 18)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ANGELICA PADILLA AND AGAINST DEFENDANT MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY |

Angelica Padilla and Martin O'Malley, Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 18.) Pursuant to the stipulation of the parties, the administrative law judge shall "re-evaluate the evidence of record" and issue a new decision. (*Id.* at 1.) The parties also stipulated that the final decision to deny benefits is reversed, and judgment shall be entered in favor of Plaintiff and against the Defendant. (*Id.* at 2.) Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

2. Plaintiff's motion for summary judgment (Doc. 14) is terminated as **MOOT**.

1

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Angelica Padilla and against Defendant Martin O'Malley, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**June 27, 2024**__

_____
UNITED STATES DISTRICT JUDGE