# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA PADILLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:24-cv-0030 JLT BAM<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 22) |

Angelica Padilla and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $6,922.74 pursuant to the Equal Access to Justice Act.  (Doc. 22 at 1.)  Accordingly, the Court **ORDERS**:

　　1.　　Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $6,922.74 under 28 U.S.C. § 2412(d).

　　2.　　Plaintiff's motion for fees and expenses (Doc. 21) is terminated as **MOOT**.

IT IS SO ORDERED.

　　Dated:　__September 27, 2024__　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1